IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
DEC 02 2016
LONG ISLAND OFFICE

Mark James

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Gurneys Inn Resort & Spa Ltd

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

# CV 16 6813

SEYBERT, J.

LINDSAY, M.J.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Mark James_

Street Address _19029 us Hiway 19N. 20-D_

City and County _Clearwater_

State and Zip Code _Florida , 33764_

Telephone Number _631·461·7756_

E-mail Address _MjamesozLogn@Gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Gurney's Inn Resort + Spa Ltd_

Job or Title
(if known) _____

Street Address _290 old Montauk Highway_

City and County _Montauk , NY - 11954_

State and Zip Code

Telephone Number _631·668 - 2345_

E-mail Address
(if known) _____

Defendant No. 2

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

2

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name   *Gunneys Inn Resort + SPA LTD*

Street Address   *290 old Montauk Highway*

City and County   *Montauk*

State and Zip Code   *New York  11954*

Telephone Number   *631.668.2345*

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

_____

☐  Relevant state law *(specify, if known)*:

_____

☐  Relevant city or county law *(specify, if known)*:

_____

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☒  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☒  Unequal terms and conditions of my employment.

☒  Retaliation.

☒  Other acts *(specify)*: <u>RACE and gender</u>

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s) ___2/10/2016___

C.   I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me.

☒   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒   race _____

☐   color_____

☒   gender/sex _____

☐   religion _____

☐   national origin _____

☒   age.  My year of birth is __1960__.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☒   disability or perceived disability *(specify disability)*
____High Blood Pressure____

E.   The facts of my case are as follows.  Attach additional pages if needed.

(1)   My JOB was to ENTER STAFF housing units to DO smoke DeTecTion iNSpecTions. Human Resourmes posted Spanish Versions NOTICe to enTer, a female Employee, spanish Claims that I enTeRed with NO NoTice. The EHployee was PRoperly NoTified several times and never Co-operaTed. English + Spanish posTed NoTes

(2)   I was wRongfully TeRminaTed. I am entitled to The invesTIgaTion paperwork.

(3)   Gurneys never offered Me Health iNSuRance and My 90 day Review.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.   **Exhaustion of Federal Administrative Remedies**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

9.21.2016

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

9.21.2016

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☑   less than 60 days have elapsed.

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relocation expenses, Moving costs, Lost Furniture, and I had to Locate and Pay for Housing, Rent, deposit, Lost wages, it cost Me over $55,000. Seeking $55,000. ~55k $55,000. Due to Depression

6

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-18 , 2016

Signature of Plaintiff

Printed Name of Plaintiff   Mark James

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: **Mark James** | From: | **New York District Office** |
|---|---|---|
| **19029 Us Highway 19 N** | | **33 Whitehall Street** |
| **Apt 20-D** | | **5th Floor** |
| **Clearwater, FL 33764** | | **New York, NY 10004** |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2016-02562** | **Thomas Perez,** **Investigator** | **(212) 336-3778** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*     9-21-16

**Kevin J. Berry,**     *(Date Mailed)*
**District Director**

Enclosures(s)

cc: **Lisa Conza**
**Director of Human Resources**
**GURNEYS INN RESORT & SPA LTD**
**290 Old Montauk Highway**
**Montauk, NY 11954**

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Mark James<br>19029 Us Highway 19 N<br>Apt 20-D<br>Clearwater, FL 33764 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐     *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-02562 | Thomas Perez,<br>Investigator | (212) 336-3778 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*      9-21-16

Kevin J. Berry,      *(Date Mailed)*
District Director

Enclosures(s)

cc:   Lisa Conza
Director of Human Resources
GURNEYS INN RESORT & SPA LTD
290 Old Montauk Highway
Montauk, NY 11954

Click here to enable desktop notifications for Gmail.   Learn more  Hide

## Gmail

More

COMPOSE

### Gurney's Inn Resort & Spa    Inbox   x

Inbox (10,671)

Starred

Important

Sent Mail

Drafts (278)

Circles

[Imap]/Drafts

M  Mark

No Hangouts Contacts
Find someone

**Mark James**                                         1:46 PM (55 minutes ago)
to me

Dear Judge

I was hired as a staff housing technician and manager.  I was to report to the chief enjineer
Chris Depaoli  who was fired  two weeks before I was .

On around 2/ 10/ 2016   I was instructed bye Fernando Buitrago  head of security  and human resources to
perform a inspection on all the smoke detectors for the staff housing rooms at Westlake Blvd, which I was
responsible for.

I went to Human Resources and printed a english and spanish version of the notice to enter 24 hours  prior too
, I posted them on the units doors.

One employee a female whom speaks spanish claims I entered with no notice . I knocked on the door several
times,  no answer , left and came back later , knocked again, no answer, So I used my managers access key to
enter as instructed in my job description.  When I opened the door the female employee was in the room with
headphones on her eras listening to music on her smart phone.  How could she hear me knock etc ?

I was fired for this action and never received my 90 day review and health coverage insurance.

I relocated to take the position giving up my apartment, furniture and left a paying job.

Then I had to move again after being wrongfully terminated , an had to find a new apartment
again , buy new furniture, and locate a new job which  took untill now to  get one.

In addition my health is now bad as I have high blood pressure and now I am very depressed and am applying
for permanent disability possibly .

Gurneys purchased another hotel next to theirs , hired a new enjineer , fired my boss and set me up for failure,
wrongful discharge.  They should have had system in place to have a female enter the room .

This is a classic case of age , gender discrimination .

I am seeking $55k  punitive damages .

Mark  James
631-461-7756